## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



### ORDER OF ABATEMENT

Appellate case name:     In re Richlene Joannides

Appellate case number:   01-13-00755-CV

Trial court case number: 2006-19543

Trial court:             County Court at Law No 3 of Fort Bend County

On January 15, 2014, Real Party in Interest, Successor Dependent Administrator Richard L. Tate filed an unopposed motion to abate while settlement documents are finalized and approved by the probate court.  The motion is **GRANTED**.   It is further **ORDERED** that Real Party in Interest Richard L. Tate file with this Court a status report on settlement progress within 60 days of the date of this order, and again each 60 days following.

This case is abated and removed from this Court's active docket until such time as this Court receives notice that settlement has been finalized, or Relator or any other Party informs this Court that a settlement will not be reached.

It is so **ORDERED**.


Judge's signature: _____/s/ Justice Harvey Brown
                    X  Acting individually    ☐ Acting for the Court


Date:  January 15, 2014